IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ASHLEY SCHNEIDER,**

    **Plaintiff,**

v.                                         Case No. 1:25-cv-355-AW-ZCB

**WALTER SCHNEIDER,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's report and recommendation (ECF No. 8), which recommends dismissal for lack of subject-matter jurisdiction. Plaintiff has filed no objection. I agree with the magistrate judge, and I now adopt the report and recommendation and incorporate it into this order.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for lack of subject-matter jurisdiction." The clerk will then close the file.

SO ORDERED on January 21, 2026.

                                          s/ *Allen Winsor*
                                          Chief United States District Judge